**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**ANNALYSE WITT**                                                                    **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 1:06cv160LG-RHW**

**DEVELOPERS DIVERSIFIED REALTY CORP.**             **DEFENDANT**

**FINAL JUDGMENT**

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Robert H. Walker [19-1] entered in this cause on November 3, 2006. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, dismissed without prejudice pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 28th day of November, 2006.

                                                 s/ *Louis Guirola, Jr.*
                                                 LOUIS GUIROLA, JR.
                                                 UNITED STATES DISTRICT JUDGE